UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | ) ) ) ) | |
| DEL F. PHILLIPS | ) ) ) ) | 4:06 MC 483 CEJ |

## ORDER

This Court has been advised by receipt of a certified copy of the August 22, 2006 order of the Supreme Court of Missouri, entered in **In re: Del F. Phillips**, Cause No. 87751 indicating that Del F. Phillips has been suspended from the practice of law by the Supreme Court of Missouri.

Del F. Phillips has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated September 19, 2006 directing Del F. Phillips to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail sent to the last known address of the Respondent, and the receipt for delivery was returned to the Court on October 3, 2006. No response has been filed. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Del F. Phillips, pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Del F. Phillips be suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 24th day of January, 2007.

BY THE COURT:

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey